| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Laurence M. Rosen, Esq. (SBN 219683)<br>**THE ROSEN LAW FIRM, P.A.**<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>Email: lrosen@rosenlegal.com |
| 6 | Counsel for Plaintiff |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID SCHMITT, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICRO FOCUS INTERNATIONAL PLC, CHRISTOPHER HSU, STEPHEN MURDOCH, MIKE PHILLIPS, KEVIN LOOSEMORE, NILS BRAUCKMANN, KAREN SLATFORD, RICHARD ATKINS, AMANDA BROWN, SILKE SCHEIBER, DARREN ROOS, GISELLE MANON, AND JOHN SCHULTZ,<br><br>Defendants. | Case No:<br><br>**CERTIFICATE OF LAURENCE M. ROSEN PURSUANT TO NORTHERN DISTRICT CIVIL LOCAL RULE 3-7(d)** |

- 1 -

Pursuant to Civil L.R. 3-7(d), I, Laurence Rosen, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 23, 2018, at New York, New York.

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)